AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
| v. | ) |
|  | ) Case No. 10-cr-00131-MSK |
|  | ) |
| DOUGLAS JAMES DUCHAK | ) |
| *Defendant* | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     DOUGLAS JAMES DUCHAK                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. §§ 1030(a)(5)(A); 1030(b); and 1030(c)(4)(B) [Attempted Intentional Damage to Protected Computers]


Date:   03/09/2010                                                                          s/ M.J. Garcia
                                                                                   *Issuing officer's signature*

City and state:   Denver, Colorado                           Gregory C. Langham, Clerk, U.S. District Court
                                                                                      *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date:  _____
                                                                                *Arresting officer's signature*

                                                                                  *Printed name and title*